UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRRA HANSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMINGDALES.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:25-cv-00494-AB-SHK<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

The Court having considered the Stipulation for Plaintiff to File First Amended Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff within thirty (30) days of this Court's Order will file the First Amended Complaint, a copy of which is attached to the Stipulation as "Exhibit A."

2. Defendant shall file a responsive pleading to Plaintiff's First Amended Complaint within thirty (30) days of the date of service of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 6, 2025

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE