1  Reuben D. Nathan, Esq. (SBN 208436)
   **NATHAN & ASSOCIATES, APC**
2  2901 W. Coast Hwy., Suite 200
3  Newport Beach, CA 92663
   Office: (949) 270-2798
4  Email: rnathan@nathanlawpractice.com

5
   Ross Cornell, Esq. (SBN 210413)
6  **LAW OFFICES OF ROSS CORNELL, APC**
7  40729 Village Dr., Suite 8 - 1989
   Big Bear Lake, CA 92315
8  Office: (562) 612-1708
9  Email: rc@rosscornelllaw.com

10 Michael J. Manning, Esq. (SBN 286879)
   **MANNING LAW, APC**
11 26100 Towne Centre Drive
12 Foothill Ranch, CA 92610
   Office: (949) 200-8755
13 Email: privacy@manninglawoffice.com

14
15 Attorneys for Plaintiff: KIRRA HANSON
   [Counsel for Defendant on Next Page]
16

17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**
19

20 | KIRRA HANSON, an individual,      ) Case No.: 5:25-cv-00494-AB-SHK
21 |                                    )
   |         Plaintiff,                 ) [Assigned to Hon. Judge André Birotte Jr.]
22 |                                    )
23 |    v.                              ) **STIPULATION FOR DISMISSAL OF**
   |                                    ) **ENTIRE ACTION WITHOUT**
24 | BLOOMINGDALES.COM, LLC, an Ohio   ) **PREJUDICE PURSUANT TO**
25 | limited liability company; and DOES 1-10, ) **FEDERAL RULES OF CIVIL**
   | inclusive,                         ) **PROCEDURE 41(a)(1)(A)(ii)**
26 |                                    )
27 |         Defendants.                )
   |                                    )
28 |_____ )

                                        1        Case No.: 5:25-cv-00494-AB-SHK

Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
**Benesch, Friedlander, Coplan & Aronoff LLP**
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
nshamsian@beneschlaw.com

Chad D. Silker (*pro hac vice forthcoming*)
Senior Counsel - Litigation
**MACY'S LAW DEPARTMENT**
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
Telephone: 314-342-6379
Facsimile: 314-342-6366

Attorneys for Defendant
BLOOMINGDALES.COM, LLC

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff KIRRA HANSON and Defendant BLOOMINGDALES.COM, LLC, acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 28, 2025                **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: August 28, 2025                **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ Stephanie Sheridan
Stephanie Sheridan (CA 135910)
Meegan Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Email: ssheridan@beneschlaw.com
Email: mbrooks@beneschlaw.com
Email: nshamsian@beneschlaw.com

*Attorneys for Defendant*

*Filer's Attestation:* Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

Dated: August 28, 2025                    By: /s/ Reuben D. Nathan
                                               Reuben D. Nathan