Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Attorneys for Plaintiff: KIRRA HANSON
[Counsel for Defendant on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRRA HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALES.COM, LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00494-AB-SHK<br><br>[Assigned to Hon. Judge André Birotte Jr.]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1     Case No.: 5:25-cv-00494-AB-SHK

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
**Benesch, Friedlander, Coplan & Aronoff LLP**
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
nshamsian@beneschlaw.com

Chad D. Silker (*pro hac vice forthcoming*)
Senior Counsel - Litigation
**MACY'S LAW DEPARTMENT**
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
Telephone: 314-342-6379
Facsimile: 314-342-6366

Attorneys for Defendant
BLOOMINGDALES.COM, LLC

2   Case No.: 5:25-cv-00494-AB-SHK

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff KIRRA HANSON and Defendant BLOOMINGDALES.COM, LLC, acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 2, 2025     **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: October 2, 2025     **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ Stephanie Sheridan
Stephanie Sheridan (CA 135910)
Meegan Brooks (CA 298570)
Nicolette Shamsian (CA 341466)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Email: ssheridan@beneschlaw.com
Email: mbrooks@beneschlaw.com
Email: nshamsian@beneschlaw.com

*Attorneys for Defendant*

3     Case No.: 5:25-cv-00494-AB-SHK

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: October 2, 2025          By: /s/ Reuben D. Nathan
                                                   Reuben D. Nathan

4    Case No.: 5:25-cv-00494-AB-SHK

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS